**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2480

LISA A. FRISON; ELLIS S. FRISON, JR.,

Plaintiffs - Appellants,

versus

RYAN HOMES; NVR, INCORPORATED; KBM FINANCIAL
GROUP, LLC,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-04-350-AW)

Submitted: April 14, 2005          Decided: April 19, 2005

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

E. Scott Frison, Jr., Washington, D.C., for Appellants. Jeffrey
Marc Mervis, MERVIS & ASSOCIATES, Rockville, Maryland; Bonnie
Hochman Rothell, KROOTH & ALTMAN, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lisa A. Frison and Ellis S. Frison, Jr., appeal the district court's orders denying their request for a temporary restraining order and injunctive relief, granting summary judgment to defendants and awarding sanctions against them pursuant to Fed. R. Civ. P. 11, and denying their motion for recusal. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Frison v. Ryan Homes, No. CA-04-350-AW (D. Md. filed Feb. 23, 2004 & entered Feb. 24, 2004; filed Oct. 29, 2004 & entered Nov. 1, 2004; Nov. 10, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED